UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMON MAXWELL,<br><br>    Plaintiff(s),<br><br>  v.<br><br>PAUL PENDLETON, TAMMIE PENDLETON, et al.,<br><br>    Defendant(s). | No. C 05-3737 BZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA** |

    Before the court is plaintiff's motion to transfer venue to the Eastern District of California.  Defendants have not yet appeared in this action.  Having read the moving papers, the court is satisfied that venue lies in the Eastern District of California.  Seeing no need for a hearing or further briefing, **IT IS HEREBY ORDERED** that plaintiff's motion is **GRANTED.**  Plaintiff shall serve a copy of this order on defendants.

    The clerk shall take all appropriate steps to transfer this matter to the Eastern District of California forthwith.

1

1  All pending dates are **VACATED**.

2  DATED: December 21, 2005

3  _____
   Bernard Zimmerman
4  United States Magistrate Judge

5  G:\BZALL\-BZCASES\MAXWELL\GRANT VENUE CHANGE.ORDER.WPD